# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

RODNEY L. GARROTT
(Name of Plaintiff)

vs.

JEAN STEWART, ROBERT VAN BOENING, JO-
HN/JANE DOE (B-UNIT) CPM, JOHN DOE (B-UNIT)
CUS., JEFFREY UTTECHT, CPM DUNCAN, JOHN
DOE, FORMER CPM (H/B-UNIT), JOHN DOE (H-UNIT) C.U.S.;
(Names of ALL Defendants)
MAGGIE MILLER-STOUT; CPM KLEMKE; CUS SAIZ;
CCX NOAH

CIVIL RIGHTS COMPLAINT
BY A PRISONER UNDER 42
U.S.C. § 1983

CV-11-133-EFS

## I. Previous Lawsuits

A. Have you brought any other lawsuits in any federal court in the United States while a prisoner?   ☒ YES   ☐ NO

B. If your answer to A is yes, how many? __6__ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to this previous lawsuit: #5

   Plaintiff: RODNEY L. GARROTT

   Defendants: NORTHWEST DEFENDERS ASSOC.; BENOIT LAMEN - DDA

RECEIVED
APR 05 2011
CLERK, U.S. DISTRICT COURT
SPOKANE, WA

-1-

(Rev. 11/09)

1

2. Court (give name of District): __WESTERN DISTRICT__

3. Docket Number: __10-CV-1191 RSL-MAT__

4. Name of judge to whom case was assigned: __JUDGE THEILER__

5. Disposition (For example: Was the case dismissed as frivolous or for failure to state a claim? Was it appealed? Is it still pending?):
   __VOLUNTARILY DISMISSED__

6. Approximate date of filing lawsuit: __08/23/10__

7. Approximate date of disposition: __12/01/10 (Approx.)__

## II. Place of Present Confinement: ____

A. Is there a prisoner grievance procedure available at this institution?  ☒ YES   ☐ NO

B. Have you filed any grievances concerning the facts relating to this complaint?  ☐ YES   ☒ NO
   If your answer is NO, explain why not: __CLASSIFICATION ISSUE AND WAS APPEALED / EXHAUSTED__

C. Is the grievance process completed? __APPEALED?__   ☒ YES   ☐ NO

D. Have you sought other informal or formal relief from the proper administrative officials regarding the acts alleged in this complaint?   ☒ YES   ☐ NO
   If your answer is NO, explain why not: ____

## III. Parties to this Complaint

A. Name of Plaintiff: __RODNEY L. GARROTT__   Inmate No.: __855296__
   Address: __AIRWAY HEIGHTS CORR. CTR., P.O. BOX 2049 MA62L, AIRWAY HEIGHTS, WA 99001__

(In Item B below, place the full name of the defendant, his/her official position, and his/her place of employment. Use Item C for the names, positions and places of employment of any additional defendants. Attach additional sheets if necessary.)

B. Defendant: __JEAN STEWART__   Official Position: __DIR PRISON CLASS.__
   Place of Employment: __WA. STATE DEP'T OF CORRECTIONS__

-2-

C. Additional Defendants (NOTE: These Defendants must be listed in the caption of the Complaint.): JOHN/JANE DOE STAFF/OFFICIAL (AS CONSECUTIVE/CONCURRENT TORTFEASORS BECAUSE OF STATUTORY DUTY OBLIGATION/DUE DILIGENCE REQUIREMENT) JOHN/JANE DOE MAILROOM EMPLOYEES; C.U.S. HENDERSON; C.U.S. KLEMKE

**IV    Statement of Claim**

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates, places and other persons involved. Do not give any legal arguments or cite any cases or statutes. If you allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets if necessary.)

ON APPROXIMATELY 01/08/10, I WAS INFORMED BY B-UNIT C.U.S. THAT I WAS CONSIDERED FOR TRANSFER TO "NEW FACILITY" (COYOTE RIDGE CORRECTION CENTER-MAIN) AND ASKED IF I WOULD LIKE TO VOLUNTEER, WHERE I STATED "NO", AND WAS PROVIDED DOCUMENTS TO APPEAL THIS PRISON CLASSIFICATION MATTER. PRISON CLASSIFICATION IS UNDER THE DIRECTION OF JEAN STEWART (DIRECTOR) WHO HAS ALL DIRECT AUTHORITY OF CLASSIFICATION DECISIONS. I IMMEDIATELY FILED APPEAL STATING THREE (3) MATTERS (TWO(2) STATE COURT ISSUES, ONE (1) FEDERAL COURT TRIAL DUE, AND ONE (1) MEDICAL ISSUE RESULTING FOR SURGICAL PROCEDURE WITH FOLLOW DUE).

HAVING ARRANGED LEGAL CALL WITH COUNSELOR DENZER ON 02/04/10, WITH APPOINTED FEDERAL COUNSEL, WHO ADVISED OF 02/24/10 PRE-TRIAL AND 03/08/10 SCHEDULED TRIAL, FURTHER INFORMED THAT DEFENDANT'S OF TRIAL MATTER FILED SUMMARY JUDGMENT ACTION AND THAT HE'D SCHEDULED ATTORNEY VISIT FOR 02/09/10.

ON 02/07/10, HAVING FILED TRANSFER APPEAL NEARLY A MONTH

PRIOR, AND REASONABLE INFORMING PROPER AUTHORITIES (SUPT. VAN BO-ENING, JOHN/JANE DOE C.P.M (B-UNIT), JOHN/JANE DOE C.U.S. (B-UNIT)), I WAS PACKED-OUT FOR TRANSFER TO C.R.C.C. ON 02/08/10, THUS, SEPARATED FROM APPOINTED COUNSEL, LEGAL AND PERSONAL PROPERTY AND DEPARTED FOR C.R.C.C. UPON ARRIVAL, I IMMEDIATELY KITED (WROTE) SEEKING LEGAL MATERIALS AND LAW LIBRARY ACCESS, AND SOUGHT AND MET "NEW" COUNSELOR (CC2 NO-AH) WHO ADVISED ME TO KITE FOR LEGAL MATERIALS AND LEGAL LIBRARY ACCESS AF-TER PRESENTING FACTS LEGAL MATTER AND TRANSFER. ON 02/09/11, I WAS ADVISED BY CC2 NOAH, ATTY. GEN. OFFICE AND FACILITY AUTHORITIES ARRANGED EMERGENCY LE-GAL WITH APPOINTED COUNSEL (FED) AND WHO ADVISED ME TO PROVIDE LEGAL RESPONSE TO KING CTY PROS'S SUMMARY JUDGMENT ACTION BY DAYS END THROUGH FAX. THIS (SEE ATTACHED)

**V.    Relief**

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

PLAINTIFF SEEKS GENERAL DAMAGES OF $20,000 BASED ON BASED TWO CONSECUTIVE VIOLATIVE EVENTS, COMPENSATORY DAMAGES OF $100,000 BASED ON RESULTING DISMISSAL OF NON-FRIVOLOUS, TRIAL READY, FILED COMPLAINT, AND $350,000 IN PUNITIVE DAMAGES BASED OF ESTABLISHED CUSTOM OR PAT-ERN OF VIOLATIVE ACTION (TREBLE) INCLUDING REASONABLE INFERENCE OF IN-TENTIONAL AND PURPOSEFUL CONTINUED DENIAL THROUGH DISMISSAL OF RIGHT TO (SEE ATTACHED)

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24th day of MARCH, 2011.

_____
(Signature of Plaintiff)

(CON'T) I.(B) PREVIOUS LAWSUITS PG. 1

ADDITIONAL LAWSUITS

#1)

PLAINTIFF - RODNEY L. GARROTT

DEFENDANTS - R. ARCOTER (GRIEVANCE COOR.); OFF. CRITES (A.H.C.C.); OFF. DECK (A.H.C.C.)

COURT - WESTERN DISTRICT

DOCKET NUMBER - CV-08-5053 EFS

DISPOSITION - DISMISSED (FAILURE TO STATE CLAIM) (01/29/09)

FILED - 07/22/08 (APPROX.)

#2)

PLAINTIFF - RODNEY L. GARROTT

DEFENDANT(S) - KING COUNTY OFFICE OF PUBLIC DEFENSE, et al.

COURT - WESTERN DISTRICT

DOCKET NUMBER - C07-1013-JCC

DISPOSITION - VOLUNTARY DISMISSAL (APPROX. 12/27/08)

FILED - 12/12/07

(CONT) I(B) PREVIOUS LAWSUITS PG 2

#3

PLAINTIFF - RODNEY L. GARROTT

DEFENDANT - OFF. LEFRANCIS, et al. (KING COUNTY JAIL)

COURT - WESTERN DISTRICT

DOCKET NUMBER - C07-0131-RSM

DISPOSITION - DISMISSED (FAILURE TO EXHAUST STATE RE-
MEDIES) (02/18/10)

FILED - 12/20/06

#4

PLAINTIFF - RODNEY L. GARROTT

DEFENDANT(S) - WRIGHT, et al

COURT - WESTERN DISTRICT

DOCKET NUMBER - 3:10-CV-05417-BHS-JRC

DISPOSITION - PENDING

FILED - 08/23/10

(CONT) I (B) PREVIOUS LAWSUITS PG. 3

#6 PLAINTIFF - RODNEY L. GARROTT

DEFENDANT - ELDON VAIL, et al.

COURT - EASTERN DISTRICT

DOCKET NUMBER - CV-10-391-LRS

DISPOSITION - PENDING

FILED - 01/18/11 / AMENDED 03/17/11 (FIRST AMEND)

(CONT.) IV. PG. 2 STATEMENT OF CLAIM

ACTION WAS MADE HAVING DENIED ACCESS TO COUNSEL, KNOWINGLY, DENIAL OF ACCESS TO LEGAL MATERIALS NECESSARY TO PROVIDE MAINTAINED RECORD OF EVENTS OF INCIDENT OF CLAIM BASE; IN CIVIL SUIT FILED, AND ACCESS TO LAW LIBRARY TO PROPERLY AND ADEQUATELY PREPARE AND PRESENT LEGAL ISSUE.

ON 02/18/11, DISTRICT COURT OF WASHINGTON (WESTERN) DISMISSED CIVIL SUIT (NO. #C07-0131-RSM), WHERE I WAS UNABLE TO PRESENT THROUGH COUNSEL (APPOINTED) OR OTHERWISE, ACTIONABLE AND RELEVANT FACTS OF CLAIM STYMIED BY SEPARATION FROM LEGAL MATERIALS, APPOINTED COUNSEL, AND LAW LIBRARY ACCESS COUPLED WITH TRANSFER BY DEPT. OF CORR'S. INFORMED PROPERLY AND APPEALED, WITHOUT DUE REPLY OR PROCESS. ADDITIONALLY, I SOUGHT CONTINUALLY TO REQUEST AND GAIN LAW LIBRARY ACCESS TO COURT ACTION BUT, UNTIL 03/01/11, I WAS DENIED AND ON 03/01/11 WITH DEADLINE UPON ME TO PREPARE A MOTION FOR RECONSIDERATION, WHERE COURT'S RULING ALSO ORDERED DISMISSAL OF APPOINTED COUNSEL, THROUGH LACK OF MEANINGFUL ACCESS TO COURT VIA LAW LIBRARY, MOTION WAS DENIED.

MOREOVER, WITH A SEEMING ACTIVE MALFEASANCE: SYSTEMATIC, DUE TO EMERGENCY MEDICAL INCIDENT AND INVOLUNTARY PROTECTIVE CUSTODY PLACEMENT UNTIL TRANSFER (04/13/11) TO YET ANOTHER FACILITY (A.H.C.C.), WHERE I RECEIVED ON 05/19/11 (APPROX.), LEGAL MAIL FROM NINTH CIRCUIT COURT OF APPEALS INFORMING OF RIGHT TO APPEAL DISMISSED MATTER, AND NOTICE OF ORDER TO "PERFECT" APPEAL WITHIN TWENTY-ONE (21) DAYS, BUT HAVING NOT RECEIVED NOTICE UNTIL 05/19/11 OUTSIDE OF TWENTY-ONE (21) DAY TIMEFRAME, AND ON 06/02/11 (APPROX.), RECEIVED ORDERED OF DISMISSAL OF RIGHT TO APPEAL DISTRICT COURT RULING, THROUGH DENIAL OF ACCESS TO THE COURTS AND PRESENTING VIOLATION OF DUE

(CON'T) IV PG.3 STATEMENT OF CLAIM

PROCESS OF LAW, AND PATTERN OR CUSTOM OF DENIAL OF ACCESS TO COURTS BASED ON SEVERAL CONSECUTIVE EVENTS, OR INCIDENTS OF DENIAL/INTERFERENCE OF MY RIGHT TO ACCESS THE COURTS PENDING IN THIS AND OTHER COURTS, ALSO PRESENTING DOC VINDICTIVE THEORY, WHERE I RECEIVED DOC HQTRS. RESPONSE TO APPEAL OF TRANSFER, DIRECTLY, AT A.H.C.C. ON OR ABOUT 04/23/10, STATING "THE ISSUES YOU RAISE WILL BE CONSIDERED AS WE DETERMINE YOUR PLACEMENT." DATED: 02/05/10, EVINCES DISINGENUOUSNESS, HAVING BEEN PLACED, FOLLOWING 02/07/10 PACK-OUT AND PLACEMENT, AT A.H.C.C., PATTERN AND CUSTOM OF DENIAL OF ACCESS TO COURTS IS REASONABLY ASSOCIATED WITH SYSTEMATIC ERROR AND COUPLED WITH UNTREATED INJURY STILL SUFFERED UNDER DIMINISHED CAPACITY AND SERIOUS MEDICAL ILLNESS OF HEAD TRAUMA PRECEDING TRANSFER TO A.H.C.C. IN THE END, THE ACTIONS PRESENT DELIBERATE INDIFFERENCE AND SYSTEMATIC INFLICTION OF HARM ASSOCIATED WITH VINDICTIVE THEORY PRACTICE AND ITS NATURE, DISCRIMINATORY AND PREJUDICIAL, FURTHER DISPLAYED IN ADDITIONALLY FILED COMPLAINTS BEFORE AND AFTER COMPLAINT IN THIS CASE, TO INCLUDE TRANSFER TO A.H.C.C. AND CONTINUED SUFFERING UNDER SUPT. MAGGIE MILLER-STOUT, CPM KLEMKE, AND CUS SAIZ.


(CONT) V PG.4 RELIEF

APPEAL, DISMISSED TRIAL READY COMPLAINT, THROUGH CONTINUED VIOLATIVE ACTION, TO DETER FUTURE EXAMPLES OF MULTIPLE VIOLATIONS WITH INTENTIONAL AND PURPOSEFUL ATTRIBUTIVE ACTIONS. OF DEFENDANTS IN INDIVIDUAL AND OFFICIAL CAPACITIES.

(CONT) V PG.4 RELIEF