UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RODNEY L. GARROTT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEVIN BOWEN, et al.,<br><br>　　　　Defendants. | NO. 2:11-cv-00133-SAB<br><br>ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER |

　　　　Plaintiff has filed another Motion to Reconsider Pursuant to Rule 60(b)(6). ECF No. 117. Plaintiff presents no new cognizant justifications to reconsider under Fed. R. Civ. P. Rule 60(b)(6). It appears that Plaintiff is merely trying to appeal this Court's order denying his previous motion to reconsider. ECF No. 116. This Court does not hear appeals of its own decisions absent legitimate reasons to reconsider under Rule 60(b). Accordingly, Plaintiff's Motion to Reconsider, ECF No. 117, is **DENIED** and Plaintiff is admonished not to raise the same motion with this Court again.

　　　　**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel and Plaintiff. This file shall remain **CLOSED**.

　　　　**DATED** this 18th day of November, 2014.

　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　Stanley A. Bastian
　　　　　　　　　　　　　　　　United States District Judge

ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER ~ 1