UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RODNEY L. GARROTT,<br><br>    Plaintiff,<br><br>    v.<br><br>KEVIN BOWEN, et al.,<br><br>    Defendants. | NO. 2:11-cv-00133-SAB<br><br>ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER |

The Court has received another Motion to Reconsider Pursuant to Rule 60(b)(6). ECF No. 119. This Motion was received by the Court on November 24, 2014 but was signed by Plaintiff on November 19, 2014. The Court presumes that Plaintiff had not yet received this Court's Order Denying Plaintiff's Motion to Reconsider, ECF No. 118, which was entered November 18, 2014, before filing his most recent motion. Accordingly, Plaintiff's Motion for Reconsideration, ECF No. 119, is **DENIED** for the same reasons given in the previous Order. ECF No. 118. Plaintiff is again admonished to not raise this motion with the Court again or sanctions may issue.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel and Plaintiff. This file shall remain **CLOSED**.

**DATED** this 1st day of December, 2014.

_____
Stanley A. Bastian
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION TO RECONSIDER ~ 1